UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| CALEB WHITFIELD, | : Case No. 3:23-cv-23 |
| Plaintiff, | : |
| vs. | : District Judge Thomas M. Rose |
|  | : Magistrate Judge Karen L. Litkovitz |
| CORRECTION OFFICER GUSTAVE, *et al*., | : |
| Defendants. | : |

# REPORT AND RECOMMENDATION

Plaintiff, currently incarcerated at the Toledo Correctional Institution, in Toledo, Ohio, filed a Complaint pursuant to 42 U.S.C. § 1983 alleging violations of his rights while he was incarcerated at the Montgomery County Jail, in Dayton, Ohio. (Doc. 1). However, plaintiff did not pay the filing fee required to commence this action. On January 25, 2023, the undersigned ordered plaintiff to pay $402 ($350 filing fee plus $52 administrative fee) or submit to the Court an *in forma pauperis* application and certified copy of plaintiff's prison trust fund account statement (or institutional equivalent) for the preceding six-month period within thirty (30) days. (Doc. 2). The undersigned warned plaintiff that his failure to comply with the Deficiency Order would result in the dismissal of his case. (Doc. 2, at PageID 67).

Plaintiff did not respond to the Deficiency Order and on February 27, 2023, the District Judge issued an Order dismissing the matter for want of prosecution. (Doc. 4).

On March 14, 2023, plaintiff filed a Motion for Extension of Time and, on the same day, complied with the undersigned's January 25, 2023, Deficiency Order. In the Motion for Extension of Time, plaintiff indicated that on February 6, 2023, he was temporarily transferred

back to the Montgomery County Jail due to another legal proceeding and did not receive a copy of the Deficiency Order until March 4, 2023.

For good cause shown, and because plaintiff has now complied with the Court's January 25, 2023, Deficiency Order, the undersigned **RECOMMENDS** that the Court **GRANT** plaintiff's Motion for Extension of Time (Doc. 6), vacate its dismissal order, and reopen the instant case.

**IT IS SO RECOMMENDED.**

March 20, 2023

KAREN L. LITKOVITZ
United States Magistrate Judge