# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| CALEB WHITFIELD, | Case No. 3:23-cv-23 |
| Plaintiff, | District Judge Thomas M. Rose |
| vs. | Magistrate Judge Karen L. Litkovitz |
| CORRECTION OFFICER GUSTAVE, *et al.*, | |
| Defendants. | |

## ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. NO. 8); GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME (DOC. NO. 6); VACATING THE DISMISSAL ORDER (DOC. NO. 4); AND DIRECTING THAT THIS CASE BE REOPENED

The Court has conducted a *de novo* review of the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz (Doc. No. 8), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b).  Noting that no objections have been filed and that the time for filing such objections, if any, under Fed. R. Civ. P. 72(b) has expired, this Court hereby **ACCEPTS** the recommended disposition and **ADOPTS** the Report and Recommendation.

Therefore, it is **ORDERED** that:

1. The Court ADOPTS, in full, the Report and Recommendation filed on March 20, 2023 (Doc. No. 8);

2. The Court GRANTS Plaintiff's Motion for Extension of Time filed on March 14, 2023 (Doc. No. 6);

3. The Court VACATES the Dismissal Order filed on February 27, 2023 (Doc. No. 4); and,

4. The Court DIRECTS the Clerk of Court to reopen this case.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, April 4, 2023.

                   s/Thomas M. Rose

                 _____
                 THOMAS M. ROSE
              UNITED STATES DISTRICT JUDGE