**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

**Caleb Whitfield,**

***Plaintiff*,**

**v.**

**Correction Officer Gustave,**
*In his/her individual and official capacity*, *et al.*,

***Defendants*.**

**Case No. 3:23-cv-023**

**District Judge Thomas M. Rose**

**Magistrate Judge Karen L. Litkovitz**

---

**ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 122), GRANTING MOTION FOR SUMMARY JUDGMENT (DOC. 88); GRANTING MOTION FOR SUMMARY JUDGMENT (DOC. 117); DENYING A CERTIFICATE OF APPEALABILITY; CERTIFYING THAT ANY APPEAL WOULD BE OBJECTIVELY FRIVOLOUS; AND TERMINATING CASE.**

---

Pending before the Court is a Report and Recommendation (Doc. 122) from Magistrate Judge Karen Litkowitz. The Report and Recommendation would have the Court grant Defendants Correction Officer Molton, Sergeant Bemis, Sergeant Eaton, and the Montgomery County Board of County Commissioners' Motion for Summary Judgment (Doc. 88), grant Correction Officer Gustave's Motion for Summary Judgment (Doc. 117), and certify pursuant to 28 U.S.C. § 1915(a)(3) that an appeal this order would not be taken in good faith. Objections were due June 22, 2026, and none have been filed.

The Court has reviewed the findings of the Magistrate Judge and, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), this Court has made a *de novo* review of the record in this case.

Upon consideration of the foregoing, the Court **ADOPTS** the Report and Recommendations (Doc. 122) in its entirety. Defendants Correction Officer Molton, Sergeant Bemis, Sergeant Eaton, and the Montgomery County Board of County Commissioners' Motion for Summary Judgment (Doc. 88) is **GRANTED** and Correction Officer Gustave's Motion for Summary Judgment (Doc. 117) is **GRANTED**. Because reasonable jurists would not disagree with this conclusion, Petitioner is **DENIED** a certificate of appealability and the Court certifies to the Sixth Circuit that any appeal would be objectively frivolous and should not be permitted to proceed *in forma pauperis*. Because this resolves all claims in the Amended Complaint (Doc. 41) the instant action is **TERMINATED** from the docket records of the United States District Court for the Southern District of Ohio, Western Division at Dayton.

**DONE** and **ORDERED** this Monday, August 17, 2026.

**s/Thomas M. Rose**

______________________________________

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE